# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### CIVIL MINUTES

| | | |
|---|---|---|
| **Date:** 11/15/2021 | **Time:** 9:00 a.m. - 9:22 a.m. | **Judge:** YVONNE GONZALEZ ROGERS |
| **Case No.:** 21-cv-01892-YGR | **Case Name:** Johansen v. County of Napa | |

**Attorney for Plaintiff:** Joseph Welch
**Attorney for Defendant:** Noah Blechman

**Deputy Clerk:** Frances Stone                **Court Reporter:** Raynee Mercado

## PROCEEDINGS

Initial Case Management Conference - HELD via Zoom Webinar

**Case Management Conference set   10/3/2022 at 2:00pm**
**Updated Joint CMC Statement filed by 9/26/2022**
**REFERRED to ADR  for  Mediation to be completed by 4/28/2022**
**Join Parties or Amend Pleadings:  by stipulation and proposed order or only with  court approval for good cause by Motions under FRCP Rule 16(b)(4).**
**Non-Expert Discovery Cutoff: 6/15/2022**
**Disclosure of Experts: All Experts, Retained and Non-Retained Must Provide Written Reports Compliant with FRCP 26(a)(2)(B):**
                     **Opening:  7/15/2022**
                     **Rebuttal:  8/5/2022**
**Expert Discovery Cutoff: 9/9/2022**
**Dispositive/Daubert Motions heard by 11/15/2022 ; filed by 10/10/2022**
**Compliance Deadline set Friday 2/3/2023 at 9:01am**
**Joint Statement re pretrial compliance filed by 1/27/2023**
**Joint Pretrial Statement:  2/10/2023**
**Pretrial Conference Friday, 2/24/2023 at 9:00am**
**Jury Trial set 3/13/2023 at 8:30am; Counsel to be present at 8:00am**


**cc: ADR**